UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

        v.               CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

        Debtors.
_____/

BRADLEY D. SHARP, et al.,

        Plaintiffs,

        v.               CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

        Defendants.
_____/

In re:

SK FOODS, L.P., a California
limited partnership,

       Debtors.
_____/
BRADLEY D. SHARP, et al.,

       Plaintiffs,

         v.                CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

       Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

       Debtors.
_____/
BRADLEY D. SHARP, et al.,

       Plaintiffs,

         v.                CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

       Defendants.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

       Debtors.
_____/
BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,

2

1          Appellant,

2                   v.                    CIV. NO. S-11-1845 LKK

3   SCOTT SALYER, et al.,

4          Appellees.
   _____/

5   In re:

6   SK FOODS, L.P., a California
   limited partnership,

7
          Debtors.
8   _____/

   BANK OF MONTREAL, as
9   Administrative Agent, successor
   by Assignment to Debtors SK Foods,
10  L.P. and RHM Industrial
   Specialty Foods, Inc, a
11  California corporation, d/b/a
   Colusa County Canning Co.,

12
          Appellant,
13
                   v.                    CIV. NO. S-11-1846 LKK
14
   INTERNAL REVENUE SERVICE, et al.,
15
          Appellees.
16  _____/

   In re:
17
   SK FOODS, L.P., a California
18  limited partnership, et al.,

19         Debtors.

20  BANK OF MONTREAL, as
   Administrative Agent, successor
21  by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
22  Specialty Foods, Inc, a
   California corporation, d/b/a
23  Colusa County Canning Co.,        CIV. NO. S-11-1847 LKK

24         Appellant,

25                  v.

26  CSSS, L.P.,

                              3

1              Appellee.
   _____/
2  In re:

3  SK FOODS, L.P., a California
   limited partnership, et al.,
4
              Debtors.
5
   BANK OF MONTREAL, as
6  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
   Specialty Foods, Inc, a
8  California corporation, d/b/a
   Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK
9
              Appellant,
10
                  v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13            Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
              Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,              CIV. NO. S-11-1850 LKK
21
              Appellant,
22
                  v.
23
   CALIFORNIA FRANCHISE TAX
24 BOARD, et al.,

25            Appellees.
   _____/
26

                                4

1 | In re:

2 | SK FOODS, L.P., a California
limited partnership, et al.,

3 |

        Debtors.

4 |

BANK OF MONTREAL, as

5 | Administrative Agent, successor
by Assignment to Debtors SK Foods,

6 | L.P. and RHM Industrial
Specialty Foods, Inc, a

7 | California corporation, d/b/a
Colusa County Canning Co.,               CIV. NO. S-11-1853 LKK

8 |

        Appellant,

9 |

          v.

10 |

CARY SCOTT COLLINS, et al.,

11 |

        Appellees.

12 | _____/

In re:

13 |

SK FOODS, L.P., a California

14 | limited partnership, et al.,

15 |         Debtors.

16 | BANK OF MONTREAL, as
Administrative Agent, successor

17 | by Assignment to Debtors SK Foods,
L.P. and RHM Industrial

18 | Specialty Foods, Inc, a
California corporation, d/b/a

19 | Colusa County Canning Co.,               CIV. NO. S-11-1855 LKK

20 |         Appellant,

21 |           v.

22 | CARY SCOTT COLLINS, et al.,

23 |         Appellees.

24 | _____/

25 | ////

26 | ////

5

IN RE:

SK FOOD, L.P.,

      Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

      Plaintiff,                 CIV NO. S-12-775 LKK

         v.

SSC FARMS 1, LLC, et al.,

      Defendants.
_____/

IN RE:

SK FOODS, L.P.,

      Debtor.

SCOTT SALYER, et al.,           CIV. NO. S-11-2987 LKK

      Appellants,

         v.

SK FOODS, L.P., et al.,

      Appellees.
_____/

IN RE:

SK FOODS, L.P., a California
limited partnership,

      Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

      Appellants,           CIV. NO. S-12-0655 LKK

         v.

BRADLEY D. SHARP, Chapter 11
Trustee,

      Appellee.
_____/

IN RE:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

SSC FARMS 1, LLC, et al.,

        Appellants,              CIV. NO. S-12-0894 LKK

          v.

BRADLEY SHARP, et al.,           O R D E R

        Appellees.
_____/

    The court hereby orders as follows:

    1.   The following motions, currently scheduled for May 21, 2012, are hereby **RE-SCHEDULED** for June 4, 2012 at 10:00 a.m. in Courtroom 4:

        Civ. No. 2:12-894[1]
        Civ. No. 2:11-2987[2]

The May 21, 2012 hearing date is hereby **VACATED.**

    2.   The following matters will also be heard on June 4, 2012 (as currently scheduled):[3]

        Civ. No. 2:11-1839
        Civ. No. 2:11-1840
        Civ. No. 2:11-1841
        Civ. No. 2:11-1842
        Civ. No. 2:11-1845

---

   [1] Motions by SSC Farming relating to Order Compelling Production from Collins and Collins & Associates; Farella Braun + Martel LLP's motion to withdraw as counsel.

   [2] Trustee's appeal of order approving compromise; Farella Braun + Martel LLP's motion to withdraw as counsel.

   [3] Trustee's appeals of orders staying proceedings, and motions to strike.

1          Civ. No. 2:11-1846
               Civ. No. 2:11-1847
2          Civ. No. 2:11-1849
               Civ. No. 2:11-1850
3          Civ. No. 2:11-1853
               Civ. No. 2:11-1855

3. The following motion will also be heard on June 4, 2012 (as currently scheduled):

    Civ. No. 2:12-775[4]

IT IS SO ORDERED.

DATED: May 15, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[4] Motions by Collins and Collins and Associates, relating to Order Compelling Production from Collins and Collins & Associates.