1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         EASTERN DISTRICT OF CALIFORNIA
9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12              v.                          CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                       /
15  IN RE:
16  SK FOODS, L.P.,
17          Debtor.
18  BRADLEY D. SHARP,                       CIV. NO. S-10-810 LKK
19          Plaintiff,
20              v.
21  SCOTT SALYER, et al.,
22          Defendants.
                                       /
23
24  ////
25  ////
26  ////

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3          Debtor.
 4  BRADLEY D. SHARP,                       CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.,
11          Debtor.
12  BRADLEY D. SHARP,                       CIV. NO. S-10-812 LKK
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                        /
17  IN RE:
18  SK FOODS, L.P.,
19          Debtor.
20  ROBERT PRUETT,                          CIV NO. S-12-669 LKK
21          Appellant,
22              v.
23  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
24
            Appellee.
25                                      /
26  ////
```

```
 1  IN RE:

 2  SK FOOD, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BRADLEY D. SHARP, Chapter 11
 5  Trustee,

 6            Appellant,                      CIV NO. S-12-775 LKK

 7                 v.

 8  SSC FARMS 1, LLC, et al.,

 9            Appellees.
    _____/
10  IN RE:

11  SK FOODS, L.P., a California
    limited partnership,
12
              Debtor.
13
    CARY COLLINS and COLLINS &
14  ASSOCIATES,

15            Appellants,                     CIV. NO. S-12-0655 LKK

16                 v.

17  BRADLEY D. SHARP, Chapter 11
    Trustee,
18            Appellee.
    _____/
19  IN RE:

20  SK FOODS, L.P., a California
    limited partnership, et al.,
21
              Debtors.
22
    SSC FARMS 1, LLC, et al.,
23
              Appellants,                     CIV. NO. S-12-0894 LKK
24
                   v.
25
    BRADLEY SHARP, et al.,
26
```

```
           Appellees.
                                        /
IN RE:

SK FOODS, L.P.,

           Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

           Plaintiff,                        CIV. NO. S-12-923 LKK

                v.

SSC FARMS 1, LLC, et al.,

           Defendants.
                                        /
IN RE:

SK FOODS, LP, a California
limited partnership, et al.,

           Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

           Plaintiff,                        CIV. NO. S-11-2369 LKK

                v.

SKPM CORP., et al.,
           Defendants.
                                        /
IN RE:

SK FOODS, LP, a California
limited partnership,

           Debtor.

FAST FALCON, LLC,

           Appellant,                        CIV. NO. S-12-1311 JAM

                v.

BRADLEY D. SHARP, Chapter 11
Trustee,
```

4

|   |   |   |
|---|---|---|
| 1 | Appellee. | RELATED CASE ORDER |
| 2 | _____/ | |

The court is in receipt of a notice that <u>Fast Falcon, LLC v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1311-JAM, is related to Civ. Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK, 2:10-cv-812-LKK, 2:12-cv-655-LKK, 2:12-cv-669-LKK, 2:12-cv-775-LKK, 2:12-cv-894-LKK and 2:12-cv-923-LKK.  Examination of these cases, as well Civ. No. 2:11-cv-2369-LKK, shows that they are related.  Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

Accordingly the court ORDERS as follows:

1. The case denominated Civ. No. 2:12-cv-1311-JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1311-LKK.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: June 4, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT