```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

          Plaintiff,

               v.                        CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

          Defendant.
                                    /
IN RE:

SK FOODS, L.P.,

          Debtor.
BRADLEY D. SHARP,                        CIV. NO. S-10-810 LKK

          Plaintiff,

               v.

SCOTT SALYER, et al.,

          Defendants.
                                    /

////

////

////
```

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3           Debtor.
 4  BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK
 5           Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8           Defendants.
                                          /
 9  IN RE:
10  SK FOODS, L.P.,
11           Debtor.
12  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK
13           Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16           Defendants.
                                          /
17  IN RE:
18  SK FOODS, L.P., a California
    limited partnership,
19
             Debtor.
20
    CARY COLLINS and COLLINS &
21  ASSOCIATES,
22           Appellants,                       CIV NO. S-12-655 LKK
23              v.
24  BRADLEY D. SHARP, Chapter 11
    Trustee
25
             Appellee.
26                                        /
```

```
IN RE:

SK FOOD, L.P., a California
limited partnership,

          Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

          Appellants,              CIV NO. S-12-1308 JAM

          v.

BRADLEY D. SHARP, Chapter 11
Trustee,                           RELATED CASE ORDER

          Appellee.
_____/
```

The court is in receipt of a notice that <u>Collins v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1308-JAM, is related to Civ. Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK, 2:10-cv-812-LKK and 2:12-cv-655-LKK.  Examination of these cases shows that they are related.  Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to the judge with the lower numbered case.

   Accordingly the court ORDERS as follows:

   1.   The case denominated Civ. No. 2:12-cv-1308-JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as Civ. No. 2:12-cv-1308-LKK.

   2.   The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

   DATED: June 4, 2012.

                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

                                3