ROBERT R. MOORE (BAR NO. 113818)
MICHAEL J. BETZ (BAR NO. 196228)
NICHOLAS A. SUBIAS (BAR NO. 228789)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  rmoore@allenmatkins.com
         mbetz@allenmatkins.com
         nsubias@allenmatkins.com

Attorneys for Appellant
CARY COLLINS and
COLLINS & ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SK FOODS, L.P., a California Limited Partnership<br><br>     DEBTOR. | District Court Case Number<br>2:12-CV-00655-LKK<br><br>Bankruptcy Court Case Number<br>09-29162<br><br>Adversary Proceeding Number<br>09-02692 |
| CARY COLLINS and COLLINS & ASSOCIATES,<br><br>          Appellants,<br><br>     vs.<br><br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE,<br><br>          Appellee. | **ORDER DISMISSING APPEAL** |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

847820.01/SF

District Court Case Number
2:12-CV-00655-LKK
[PROPOSED] ORDER DISMISSING APPEAL

1   Upon request of the Appellants and stipulation thereto by the Appellee, the
2 above-captioned appeal is hereby dismissed with prejudice pursuant to Rule 800 of
3 the Bankruptcy Rules, each party to bear its own costs.

5 Dated: June 26, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

847820.01/SF

-1-

District Court Case Number
2:12-CV-00655-LKK
[PROPOSED] ORDER DISMISSING APPEAL